RUTH EDWARDS, Respondent, v. ARTHUR C. MOORE and Another, Appellants, and WORDEN MOTT, Defendant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

WORDEN MOTT, Respondent, v. ARTHUR C. MOORE and Another, Appellants.— Judgment and order affirmed, with costs. All concur, except Lewis, J., who dissents and votes for reversal on the facts on the ground that the plaintiff was guilty of contributory negligence. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

EARL J. LAW, Respondent, v. ARTHUR C. MOORE and Another, Appellants.— Judgment and order affirmed, with costs. All concur, except Lewis, J., who dissents and votes for reversal on the facts on the ground that the plaintiff was guilty of contributory negligence. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

HEBER E. WHEELER, as Receiver for the PENN YAN AND LAKE SHORE RAILWAY, Respondent, v. BALDWIN'S BANK OF PENN YAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Taylor and Lewis, JJ., who dissent and vote for reversal and granting the motion. (The order denies a motion to strike the action from the equity calendar.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

LUTIE D. HONDORF, Respondent, v. ASSOCIATED GAS AND ELECTRIC COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

In the Matter of the Estate of HELEN E. CURRY, Deceased.— Order affirmed, without costs. All concur. (The order grants a motion to vacate the decree of probate for failure to cite respondent.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELSA RICHARDES, Respondent, v. BURRILL WELLS and Others, as Assessors, and Others, of the Village of Baldwinsville, Onondaga County, New York, Appellants.— Judgment affirmed, with costs. All concur. (The judgment reduces an assessment on real property.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

HELEN DOANE, Appellant, v. WILLIAM KELSEY and Others, Respondents.— Judgment reversed on the law as to defendants Kelsey and new trial granted as to them, with costs to the appellant to abide the event; judgment affirmed as to defendant Minor, with costs. All concur, except Taylor, J., who dissents as to defendant Minor and votes to reverse as to him. (The judgment was for defendants in an automobile negligence action.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LOLA CROSSETT, Appellant, v. WILLIAM KELSEY and Others, Respondents.— Judgment reversed on the law as to defendants Kelsey and new trial granted as to them, with costs to the appellant to abide the event; judgment affirmed as to defendant Minor, with costs. All concur, except Taylor, J., who dissents as to defendant Minor and votes to reverse as to him. (The judgment was for defendants in an automobile negligence action.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.